```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NATHAN HESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action<br>No. 16-8478 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Nathan Hester seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **March 9, 2017**<br>Date | **s/ Jerome B. Simandle**<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |